UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SERENA C. PHILLIPS-ROBINSON,

      Plaintiff,                         Case No. 3:17-cv-268

vs.

COMMISSIONER OF SOCIAL SECURITY,     Magistrate Judge Michael J. Newman
                                            (Consent case)

      Defendant.

_____

**ORDER AND ENTRY: (1) GRANTING THE JOINT MOTION FOR REMAND (DOC. 15); (2) REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR FURTHER PROCEEDINGS; AND (3) TERMINATING THIS CASE ON THE COURT'S DOCKET**

_____

This Social Security disability benefits appeal is presently before the Court on the parties' joint motion to remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g). Doc. 15. Based upon the stipulation of the parties, and for good cause shown, the ALJ's non-disability finding is **REVERSED** as unsupported by substantial evidence and the parties' joint motion for a Sentence Four remand (doc. 15) is **GRANTED**. This case is **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for further proceedings. The Clerk is **ORDERED** to enter judgment in favor of Plaintiff and to **TERMINATE** this case on the Court's docket.

      **IT IS SO ORDERED.**


Date:  February 2, 2018                    s/ Michael J. Newman          
                                          Michael J. Newman
                                          United States Magistrate Judge